# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 7, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154996

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                              SC: 154996
                              COA: 328409

RODNEY DARRELL PERRY,
      Defendant-Appellant.
                              Muskegon CC: 15-065924-FH

_____/

      On order of the Court, the application for leave to appeal the October 27, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 7, 2017



s0531

                                        Clerk